**MEMO ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021
```

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

August 30, 2021

**BY ECF**

Honorable Judge Caproni
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

    Re:    <u>Sanchez v. Hollywood Feed, LLC.</u>; *Case No.* 1:21-cv-04036

Dear Judge Caproni,

We represent the Plaintiff in this matter. We submit this letter in reply to an email sent by Chambers on August 27, 2021, to inform the Court that the parties have met and conferred and do not believe a Rule 16 conference is necessary in this case. Both parties instead request that the Case Management Plan submitted to the Court simply be so ordered.

                Respectfully submitted,

                By: /s/ Joseph H. Mizrahi
                Joseph H. Mizrahi, Esq.

Cc: All counsel of record (Via ECF)

---

Application GRANTED. The September 3, 2021 IPTC is CANCELED. The parties' Case Management Plan has been entered by separate order. The parties are warned that the deadlines contained therein are firm deadlines.

SO ORDERED.

*[Signature]*
8/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE