

Karla Del Pozo Garcia
Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/21
```

December 9, 2021

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Sanchez v. Hollywood Feed, LLC:* Case No. 1:21-cv-04036-VEC

Dear Judge Caproni:

We represent defendant Hollywood Feed, LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Cristian Sanchez, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 9, 2021 to January 24, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Application DENIED.

SO ORDERED.

*Valerie Caproni*
12/9/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms